**EXHIBIT B**

| | |
|---|---|
| **From:** | foia@acf.hhs.gov |
| **To:** | Kristin Macleod-Ball |
| **Subject:** | Request Acknowledgement by HHS-ACF |
| **Date:** | Wednesday, August 9, 2023 3:59:46 PM |

Dear Kristin Macleod-Ball,

Case Number 23-F-0243 has been assigned to the request you submitted. In all future correspondence regarding this request please reference case number 23-F-0243.

Regards,
HHS-ACF