**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VECINA and NATIONAL IMMIGRATION LITIGATION ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 1:23-cv-12632-JEK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's Electronic Order of August 1, 2024, Plaintiffs VECINA and National Immigration Litigation Alliance (NILA) and Defendant Administration for Children and Families, U.S. Department of Health and Human Services (HHS-ACF) hereby file this joint status report.

1. This action involves Plaintiffs' Freedom of Information Act (FOIA) request submitted to Defendant on August 9, 2023, requesting both a full and complete copy of the Unaccompanied Child Manual of Procedures (UC MAP) and proactive disclosure of an electronic version of the UC MAP pursuant to 5 U.S.C. § 552(a)(2). The Complaint was filed on November 1, 2023. ECF 1.

2. On December 11, 2023, Defendant produced 540 pages of responsive records to Plaintiff, consisting of all six sections of the then-current UC MAP, without any redactions.

3. On January 19, 2024, Defendant filed its answer to the Complaint. ECF 17. That same day, the Court issued a Notice of Scheduling Conference, setting deadlines in accordance

with Fed. R. Civ. P. 16(b) and Local Rule 16.1 and an Initial Scheduling Conference on February 9, 2024. ECF 18.

4.     On February 2, 2024, the parties filed a joint motion to amend this Court's prior scheduling order, informing the Court that the parties were engaging in discussions regarding potential settlement of this matter and proposing that the Court order the filing of a joint status report by February 16, 2024. ECF 19.

5.     On February 5, 2024, this Court issued an Electronic Order granting the parties' joint motion, vacating the scheduling order, and canceling the February 9 scheduling conference. ECF 20. The Court further ordered the parties to file a joint status report by February 16, 2024, informing the court whether a schedule for summary judgment briefing should be adopted. *Id.*

6.     On February 16, 2024, the parties filed a joint status report with the Court, indicating that the parties were engaged in ongoing discussions regarding the possibility of settlement and proposing that they submit a further joint status report no later than March 15, 2024. ECF 21.

7.     On February 16, 2024, this Court issued an Electronic Order noting the parties' joint status report and ordering the parties to file a further status report by March 15, 2024. ECF 22.

8.     On March 15, 2024, the parties filed another joint status report with the Court, indicating that the parties were still engaged in discussions regarding the possibility of settlement and proposing that they submit a further joint status report no later than April 16, 2024. ECF 27.

9.     On March 18, 2024, this Court issued an Electronic Order noting the parties' joint status report and ordering the parties to file a further status report by April 16, 2024. ECF 29.

2

10. On April 16, 2024, the parties filed another joint status report with the Court, explaining that the parties had exchanged settlement proposals, that Defendant would provide a response to Plaintiffs' March 29 counter proposal no later than May 6, and proposing that they submit a further joint status report no later than May 16, 2024. ECF 30.

11. On April 17, 2024, this Court issued an Electronic Order noting the parties' joint status report and ordering the parties to file a further status report by May 16, 2024. ECF 31.

12. On May 17, 2024, the parties filed a joint status report, indicating that Plaintiffs were expecting a Defendant's response to Plaintiffs March 29 counterproposal no later than May 27, 2024. ECF 32.

13. On May 17, 2024, this Court issued an Electronic Order noting the parties' joint status report and ordering the parties to file a further status report by June 17, 2024. ECF 33. The Court also ordered the parties to appear at a video conference on June 18, 2024. ECF 34.

14. On June 17, 2024, the parties reported that they reached an agreement in principle. ECF 35. At that time, Plaintiffs were awaiting a draft of the settlement agreement, which was then undergoing agency review.

15. On August 1, 2024, the parties filed a Joint Status Report indicating that Defendant's delay was due to personal unexpected events for an integral member of the agency's review team, anticipating that Defendant would send a draft copy of the settlement to Plaintiffs' counsel on August 1, 2024, and proposing that the Court grant the parties an additional 45 days, up to and including September 16, 2024, to either move for voluntary dismissal or provide another status report.

16.     Plaintiffs received the draft settlement agreement on August 1, 2024, and proposed edits to Defendant on August 2, 2024. On September 11, 2024, Defendant responded to the edits, and later that day the parties agreed to all final settlement terms and conditions.

17.     The parties have reached a settlement.  In accordance with the terms and conditions therein, the parties will file a stipulation of dismissal, with prejudice, upon the execution of the Settlement Agreement and the payment of fees agreed to by the parties.  Although not a term or condition of the Settlement Agreement agreed to by the parties, Plaintiffs have stated their intent to unilaterally file a copy of the Settlement Agreement with the Court.

Respectfully submitted,

PLAINTIFFS                                          DEFENDANT
By their counsel,                                   By its counsel,

s/ *Trina Realmuto*                                 JOSHUA S. LEVY
Trina Realmuto*                                     Acting United States Attorney
Kristin Macleod-Ball*
Aidan Langston*                                     s/ *Michael Sady*
National Immigration Litigation Alliance            Michael Sady
10 Griggs Terrace                                   Assistant U.S. Attorney
Brookline, MA 02446                                 U.S. Attorney's Office
(617) 819-4447                                      1 Courthouse Way, Suite 9200
trina@immigrationlitigation.org                     Boston, MA 02210
                                                    (617) 748-3132
Stefanie Fisher                                     michael.sady@usdoj.gov
Araujo & Fisher, LLC
75 Federal Street, Suite 910
Boston, MA 02110
(617) 716-6400
stefanie@araujofisher.com


*Admitted pro hac vice*

Dated:  September 16, 2024

4