## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **VECINA and NATIONAL IMMIGRATION LITIGATION ALLIANCE,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 1:23-cv-12632-JEK** |
| **v.** | ) ) | |
| **ADMINISTRATION FOR CHILDREN AND FAMILIES, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

### NOTICE OF SETTLEMENT

Plaintiffs VECINA and National Immigration Litigation Alliance hereby inform the Court that the parties have executed the settlement agreement in this matter. As indicated in the parties' last Joint Status Report, ECF 39 at ¶ 17, Plaintiffs are unilaterally filing the settlement agreement attached hereto on the docket. Plaintiffs believe that Defendant's commitment to proactively disclosing the Unaccompanied Child Manual of Procedures on an ongoing basis, which was the subject of this litigation, is a matter of public interest.

As indicated in the last status report, ECF 39 at ¶ 17, the parties will file a stipulation of dismissal with the Court upon payment of attorney's fees.

//

//

//

//

Respectfully submitted,

s/ *Trina Realmuto*
Trina Realmuto*                                       Stefanie Fisher
Kristin Macleod-Ball*                                 Araujo & Fisher, LLC
National Immigration Litigation Alliance              75 Federal Street, Suite 910
10 Griggs Terrace                                     Boston, MA 02110
Brookline, MA 02446                                   (617) 716-6400
(617) 819-4447                                        stefanie@araujofisher.com
trina@immigrationlitigation.org

*Admitted pro hac vice*

                              *Counsel for Plaintiffs*

Dated:  October 16, 2024

2