## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VECINA; NATIONAL IMMIGRATION LITIGATION ALLIANCE,**<br><br>   **Plaintiffs,**<br><br>**v.**<br><br>**ADMINISTRATION FOR CHILDREN AND FAMILIES, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>   **Defendant.** | **Civil Action No. 1:23-cv-12632-ADB** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter. Plaintiffs VECINA and National Immigration Litigation Alliance waive any right to appeal this dismissal. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

*/s/ Trina Realmuto*
Trina Realmuto*
Kristin Macleod-Ball*
National Immigration Litigation
Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

Stefanie Fisher
Araujo & Fisher, LLC
75 Federal Street, Suite 910
Boston, MA 02110
617-716-6400
stefanie@araujofisher.com

*Admitted pro hac vice

Dated:  December 16, 2024

COUNSEL FOR DEFENDANT

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Michael Sady*
Michael Sady
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Michael.sady@usdoj.gov